IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| AMERICAN HOUSING FOUNDATION, | ) | Case No. 09-20232-RLJ-11 |
| | ) | |
| Debtor. | ) | |
| | * * * | |
| WALTER O'CHESKEY, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 12-02023-RLJ |
| | ) | |
| JOAN GRAHAM and the TERESA JOAN | ) | |
| KOEHLER GRAHAM TRUST, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 2:12-CV-222-C |

## ORDER

CAME BEFORE THIS COURT FOR CONSIDERATION the (Opposed) Motion of Defendants for: (I) Order in Limine; and (II) Limited Injunction in Aid of Jurisdiction, filed March 7, 2013, by the Defendants. By Order dated March 8, 2013, this Court referred the Motion to the Bankruptcy Court for determination or for the submissions of proposed findings of fact and conclusions of law. On March 19, 2013, the Bankruptcy Court held a hearing on the Motion and signed an Order on March 21, 2013, which determined that the Motion was premature. Further, the Bankruptcy Court ordered that its March 21, 2013 Order be submitted to this Court as containing the Bankruptcy Court's proposed findings of fact and conclusions of law on the matter raised in the Motion.

No party filed an objection to the Bankruptcy Court's proposed findings of fact and conclusions of law on the matters raised by the Motion. Thus, this Court finds that the Bankruptcy Court's proposed findings of fact and conclusions of law should be **ADOPTED**. Therefore, the Motion is **DENIED**.

SO ORDERED.

Dated this 3rd day of July, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

2